06/09/2014

THE CLERK OF THE COURT

UNITED STATES DISTRICT COURT

101 W. LOMBARD STREET

BALTIMORE MD. 21201

FILED _____ ENTERED _____
LOGGED _____ RECEIVED _____

JUN 11 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____                     DEPUTY

14-109

   I BRANDON FERRELL # SID 3271688 AM CURRENTLY HOUSED AT THE BALTIMORE CITY DETENTION CENTER. 401 E. EAGER STREET BALTIMORE MD. 21202. I HAVE HAD A U.S. MARSHALL DETAINER SINCE 03/12/2014. I WILL LIKE TO KNOW WHEN WILL I GET PROCESSED, OR HAVE AN INITIAL APPEARANCE. WITH KINDEST REGUARDS I REMAIN,

RESPECTFULLY SUBMITTED,
#3271688
BRANDON FERRELL